UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DANNY NEAL** | **CASE NO. 3:20-CV-00641** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TRAVELERS INDEMNITY CO** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 19] having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Travelers' motion to dismiss [Doc. No. 10] is **DENIED**.

THUS DONE AND SIGNED this 31st day of July, 2020, in Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE